Filed
D.C. Superior Court
04/06/2020 13:53PM
Clerk of the Court

# IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| DANITA WALKER<br>9106 Ivanhoe Road<br>Fort Washington, MD 20744<br><br>　　　　　Plaintiff<br><br>v.<br><br>KONDWANI ROGER<br>211-402 Forest Lake Dr.<br>Stephens City, VA 22655<br><br>　　　and<br><br>STEALTH CONSTRUCTION, INC<br>Registered Agent:<br>Kent Baker<br>45615 Willowpond Plz.<br>Sterling, VA 20164<br><br>　　　　　Defendants | Case Number: 2020 CA 002173 V |

## COMPLAINT

Plaintiff, Danita Walker, by and through undersigned counsel, hereby sues Defendants, Kondwani Roger and Stealth Construction, Inc., for the relief prayed herein. In support, Plaintiff alleges as follows:

### PARTIES

1. Plaintiff Danita Walker ("Plaintiff") is an adult resident of the State of Maryland, residing at the above-captioned address.

2. Defendant Kondwani Roger ("Defendant Roger") is an adult resident of the Commonwealth of Virginia, residing at the above-captioned address.

3. Defendant Stealth Construction, Inc. ("Defendant Stealth") is a foreign corporate

1



DEFENDANT'S EXHIBIT A.

entity not registered to do business in the District of Columbia. Its registered agent is the Kent Baker, located at the above-captioned address.

## COUNT I – NEGLIGENCE
### (Defendant Roger)

4. Plaintiff references and incorporates the preceding paragraphs in the same force and effect as if fully re-alleged herein.

5. On October 30, 2017, upon information and belief, Defendant Roger was operating his vehicle on Interstate 395 Northbound, at or near Exit 9 to C Street N.W., in Washington, DC.

6. At that time and place, Defendant Roger was duty bound to operate his vehicle with reasonable care and prudence.

7. Notwithstanding this duty, and in breach thereof, Defendant Roger operated the vehicle in a negligent manner and struck the rear of the Plaintiff's vehicle. Defendant Roger's negligence consisted of, among other things, failing to pay full time and attention to his driving, failing to maintain a proper lookout, failing to operate his vehicle at a reasonable speed, failing to obey posted traffic signals, and otherwise failing to operate her vehicle in a reasonable manner.

8. As a direct and proximate result of Defendant Roger's negligence, Plaintiff sustained severe and permanent bodily injuries, has experienced and will continue to experience pain and suffering, has lost and will continue to lose wages and earnings, has incurred and will continue to incur medical and other expenses, has been and will continue to be prevented from engaging in normal social and recreational activities, and has suffered and will continue to suffer other damages.

## COUNT II – Negligence
### (Defendant Stealth)

9. Plaintiff references and incorporates the preceding paragraphs in the same force and effect as if fully re-alleged herein.

10. At all times material, Defendant Roger was acting as an agent, servant and employee of Defendant Stealth.

11. As Defendant Roger was an agent, servant and employee of Defendant Stealth, Defendant Stealth is vicariously liable for Defendant Roger's negligence and Plaintiff's resulting injuries and damages.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Danita Walker, hereby demands judgment against the Defendants, Kondwani Roger and Stealth Construction, Inc., jointly and severally, in the amount of ONE MILLION & 00/100 U.S. DOLLARS ($1,000,000.00), plus costs and interest, along with any other relief this Court deems appropriate.

Respectfully submitted,

/s/ Jason W. Fernandez
Jason Fernandez, Esq. (DCB # 977919)
Greenberg & Bederman, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 589-2200
Fax: (301) 589-6706
Email: jfernandez@gblawyers.com
*Attorneys for Plaintiff Danita Walker*

3

## JURY DEMAND

Plaintiff respectfully requests a jury trial as to all claims alleged herein.

/s/ Jason W. Fernandez
Jason W. Fernandez, Esq.